Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VATCHE SARKOYAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-02321-JCM-DJA<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint filed: December 13, 2024 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Vatche Sarkoyan ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his complaint on December 13, 2024, and currently Experian's responsive pleading is due January 31, 2025. (ECF No. 1). Experian has just retained counsel in this matter. The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Plaintiff and Experian stipulate and agree that Experian shall have an extension until February 21, 2025, to file its responsive pleading.

Dated: January 31, 2025

| NAYLOR & BRASTER | CRAIG K. PERRY & ASSOCIATES |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135 | By: */s/ Craig K. Perry*<br>Craig K. Perry<br>Nevada Bar No. 3786<br>2300 W. Sahara Avenue, #800<br>Las Vegas, NV 89102 |
| *Attorneys for Experian Information Solutions, Inc.* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

DATED: 2/3/2025

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2