1    Jennifer L. Braster
     Nevada Bar No. 9982
2    NAYLOR & BRASTER
     10100 W. Charleston Blvd., Suite 120
3    Las Vegas, NV  89135
     Telephone: (702) 420-7000
4    jbraster@nblawnv.com

5    *Attorneys for Defendants*
     *Experian Information Solutions, Inc.*
6

7
                           UNITED STATES DISTRICT COURT
8
                                 DISTRICT OF NEVADA
9

10

11   VATCHE SARKOYAN,                         Case No. 2:24-cv-02321-JCM-DJA

12              Plaintiff,

13   v.
                                              **DEFENDANT EXPERIAN
14   EXPERIAN INFORMATION SOLUTIONS,          INFORMATION SOLUTIONS, INC.
     INC.,                                    AND PLAINTIFF'S STIPULATION TO
15                                            EXTEND TIME TO ANSWER
                                              COMPLAINT**
16              Defendant.
                                              **[SECOND REQUEST]**
17

18        Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Vatche Sarkoyan

19   ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to

20   extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

21   This is the Second Request.

22        Plaintiff filed his complaint on December 13, 2024, and currently Experian's responsive

23   pleading is due February 21, 2025.  (ECF No. 10).  Experian has retained counsel in this matter and

24   has commenced investigation of the facts of the case.  The second extension will allow Experian an

25   opportunity to further investigate the facts of this case and to avoid the incurrence of additional

26   attorneys'    fees    if    this    matter    may    be    resolved    after    such    investigation.

27

28

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Plaintiff and Experian stipulate and agree that Experian shall have an extension until March 14, 2025, to file its responsive pleading.

Dated: February 25, 2025

NAYLOR & BRASTER                                    CRAIG K. PERRY & ASSOCIATES


By: /s/ Jennifer L. Braster                         By: /s/ Craig K. Perry
    Jennifer L. Braster                                  Craig K. Perry
    Nevada Bar No. 9982                                  Nevada Bar No. 3786
    10100 W. Charleston Blvd., Suite 120                 2300 W. Sahara Avenue, #800
    Las Vegas, NV 89135                                  Las Vegas, NV 89102

*Attorneys for Experian Information Solutions, Inc.*     *Attorneys for Plaintiff*

**IT IS SO ORDERED.**


Dated this 26th day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2