Craig K. Perry (Bar No. 3786)
cperry@craigperry.com
CRAIG K. PERRY & ASSOCIATES
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
(702) 228-4777 / Fax (702) 943-7520
Counsel for Plaintiff Vatche Sarkoyan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Vatche Sarkoyan,       ) | CASE NO.: 2:24-cv-02321-JCM-DJA |
|                   ) | |
|          Plaintiff, ) | **Amended Proposed Discovery Plan and** |
| v.             ) | **Scheduling Order** |
|              ) | |
| Experian Information Solutions, Inc., ) | **SUBMITTED IN COMPLIANCE** |
|             ) | **WITH LR 26-1(b)** |
|          Defendant. ) | |
|                   ) | *As amended on pages 1 and 2* |

    Plaintiff Vatche Sarkoyan and Defendant Experian Information Solutions, Inc., by and

through their counsel, submit this Amended Proposed Discovery Plan and Scheduling Order.

## PROPOSED DISCOVERY PLAN

    1. **Discovery Cut-Off Date**. The parties request one hundred eighty (180) days for discovery

calendared from the time Defendant Experian Information Solutions, Inc. answered the complaint

on 3/14/2025. Accordingly, the proposed cut-off date for discovery shall be 9/10/2025.

    2. **Amending the Pleadings and Adding Parties**. All motions to amend the pleadings or to

add parties shall be filed no later than 6/12/2025, 90 days before close of discovery.

    3. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**. Disclosures and reports concerning

experts shall be made by ~~7/12/2025~~ 7/14/2025, 60 days before the discovery cutoff date. Rebuttal

disclosures and reports concerning experts shall be made by 8/11/2025, 30 days after the initial

disclosure of experts.

**4. Dispositive Motions:** The date for filing dispositive motions shall not be later than 10/10/2025, 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended not later than 30 days from the subsequent discovery cut-off date.

**5. Pretrial Order**. The date for filing the joint pretrial order shall not be later than 11/10/2025 ~~11/9/2025~~, 30 days after the dispositive motion deadline. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

**6. Pretrial Disclosures**. The disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections hereto, shall be included in the joint pretrial order.

**7. Extensions or Modifications of the Discovery Plan and Scheduling Order.** Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

**8. Initial Disclosures.** The Parties shall make their Initial Disclosures on or before 4/28/2025.

**9. Protective Order.** The Parties may seek to enter a stipulated protective order pursuant to Rule 27(c) prior to producing any confidential documents. The Parties will meet and confer regarding a stipulated protective order governing confidential information and will aim to file the same by 4/28/2025, so as not to delay production of discovery.

**10. Electronic Service**. The Parties agree to the electronic service of discovery documents. Pursuant to Rule 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure, any pleadings or other papers may be served by sending such documents by email to the primary and secondary email addresses of all counsel of record (or any updated email addresses provided to all counsel of record).

Upon request, the Parties must promptly provide the sending party with confirmation of receipt of the service by email.

**12. Evidence in Electronic Format**. Pursuant to Local Rule 26-1(b)(9), the parties certify that they have discussed and have agreed to present evidence in electronic format to jurors for the purposes of jury deliberation, and stipulate to provide discovery in an electronic format compatible with the court's electronic jury evidence display system. The parties further agree to consult the court's website or contact the assigned judge's courtroom administrator for instructions on how to prepare evidence in an electronic format and other requirements for the court's electronic jury evidence display system

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

13. **Alternative Dispute Resolution ("ADR") Certification.** The Parties will further discuss the possibility of using ADR processes including mediation, arbitration, and early neutral evaluation. The Parties are engaged in settlement negotiations and will attempt to reach an early case resolution.

14. **Alternative Forms of Case Disposition Certification**. The Parties conferred regarding consent to trial by a magistrate judge under 28 U.S.C Section 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties have not reached any stipulations at this stage.

Dated: 5/5/2025

By:  /s/ Craig K. Perry
     Craig K. Perry, Esq.
     2300 W. Sahara Ave., Suite 800
     Las Vegas, NV 89102
     (702) 228-4777 / Fax: (702) 943-7520
     cperry@craigperry.com
     Counsel for Plaintiff Vatche Sarkoyan

NAYLOR & BRASTER
 /s/ Jennifer L. Braster
Jennifer L. Braster, Esq.
10100 W. Charleston Blvd., Suite 120
Las Vegas, Nevada 89135
(702) 420-7000 /
jbraster@nblawnv.com
Counsel for Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/5/2025, I filed the Amended Proposed Discovery Plan and Scheduling Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jennifer L. Braster, Esq.
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, Nevada 89135

Attorney for Defendants
Experian Information Solutions, Inc.

*/s/ Tyrin Kanemeier*
Tyrin Kanemeier

### CERTIFICATE OF SERVICE

I hereby certify that on 5/5/2025, I filed the Amended Proposed Discovery Plan and

Scheduling Order with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following:


Jennifer L. Braster, Esq.
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, Nevada 89135

Attorney for Defendants
Experian Information Solutions, Inc.

*/s/ Tyrin Kanemeier*
Tyrin Kanemeier

**tyrin@craigperry.com**

| | |
|---|---|
| **From:** | Jennifer Braster <jbraster@nblawnv.com> |
| **Sent:** | Monday, May 5, 2025 1:29 PM |
| **To:** | Craig Perry |
| **Cc:** | Green, Hillary; Tyrin Kanemeier |
| **Subject:** | RE: Sarkoyan v. Experian |

Thank you.  You may submit with my e-signature.  Are you sending over the wife's plan today as well?

Jennifer L. Braster
(702) 420-7997
jbraster@nblawnv.com

---

**From:** Craig Perry <cperry@craigperry.com>
**Sent:** Monday, May 5, 2025 1:06 PM
**To:** Jennifer Braster <jbraster@nblawnv.com>
**Cc:** Green, Hillary <Hillary.Green@experian.com>; Tyrin Kanemeier <tyrin@craigperry.com>
**Subject:** Re: Sarkoyan v. Experian

Please review the attached (added paragraph is now paragraph 12), and let me know if I can file with your e-signature affixed.

**Craig K. Perry**
Attorney at Law
6210 N. Jones Boulevard, #753907
Las Vegas, Nevada 89136
(702) 893-4780 (direct)
(702) 893-4777 (office manager)
cperry@craigperry.com

On Mon, May 5, 2025 at 12:39 PM Jennifer Braster <jbraster@nblawnv.com> wrote:

> Perfect. Thanks.
>
>
> Jennifer L. Braster
>
> (702) 420-7997
>
> jbraster@nblawnv.com
>
> ---
>
> **From:** Craig Perry <cperry@craigperry.com>
> **Sent:** Monday, May 5, 2025 12:05 PM
> **To:** Jennifer Braster <jbraster@nblawnv.com>