Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
2300 W. Sahara Ave., #800
Las Vegas, Nevada 89102
T: (702) 228-4777
F: (702) 943-7520
cperry@craigperry.com

*Attorney for Plaintiff*
*Vatche Sarkoyan*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VATCHE SARKOYAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-02321-JCM-DJA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff VATCHE SARKOYAN, and EXPERIAN INFORMATION SOLUTIONS, INC., file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between VATCHE SARKOYAN and Experian Information Solutions, Inc., to be determined by this Court. Plaintiff and Experian Information Solutions Inc hereby stipulate that all claims and causes of action that were or could have been asserted against Experian Information Solutions Inc are hereby dismissed with

///

///

prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 6th day of February, 2026.

CRAIG K. PERRY & ASSOCIATES

*/s/ Craig K. Perry*

Craig K. Perry, Esq.
Craig K. Perry & Associates
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
(702) 228-4777
cperry@craigperry.com

*Counsel for Plaintiff*
*Vatche Sarkoyan*

NAYLOR & BRASTER

*/s/ Jennifer Braster*

Jennnifer Braster, Esq.
Nevada Bar No. 9982
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(702) 420-7000
jbraster@nblawnv.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED.  The above-entitled matter is hereby dismissed with prejudice.
DATED February 11, 2026.

_____
UNITED STATES DISTRICT JUDGE

 **Outlook**

---

## RE: 2:24-cv-02321 / V. Sarkoyan vs Experian

---

**From** Jennifer Braster <jbraster@nblawnv.com>

**Date** Thu 2/5/2026 4:05 PM

**To** tyrin@craigperry.com <tyrin@craigperry.com>

**Cc** Craig Perry <cperry@craigperry.com>; Halee Mennear <hmennear@nblawnv.com>; Green, Hillary <hillary.green@experian.com>

---

🔗 1 attachment (56 KB)

Vatche vs Experian- Joint Stip to dismiss w JLB edits.doc;

Thank you.  Minor changes. With these changes, you may affix my e-signature.

Jennifer L. Braster
(702) 420-7997
jbraster@nblawnv.com

---

**From:** tyrin@craigperry.com <tyrin@craigperry.com>
**Sent:** Thursday, February 5, 2026 2:56 PM
**To:** Jennifer Braster <jbraster@nblawnv.com>
**Cc:** Craig Perry <cperry@craigperry.com>; Halee Mennear <hmennear@nblawnv.com>; Green, Hillary <hillary.green@experian.com>
**Subject:** 2:24-cv-02321 / V. Sarkoyan vs Experian

Good Afternoon,

Please Mr. Perry's instructions, attached please find the Joint Stip of dismissal. Please advise if we may affix your signature.

Best Regards,

*Tyrin Kanemeier*
Office Manager
**CRAIG K. PERRY & ASSOCIATES**
6210 N. Jones Blvd., #753907 *(Mailing Address)*
Las Vegas, Nevada 89136
Phone: (702) 228-4777
Direct: (702) 893-4777
Fax: (702) 943-7520